UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

United States of America,  ) Case No. CR 18-184 SK
              )
         Plaintiff,     ) STIPULATED ORDER EXCLUDING
              ) TIME UNDER THE SPEEDY TRIAL ACT
    v.         )
              ) FILED
Chappell and Reggans )
              ) JUL 30 2018
         Defendant.    )
              ) SUSAN Y. SOONG
              CLERK, U.S. DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA

For the reasons stated by the parties on the record on July 30, 2018, the Court excludes time under the Speedy Trial Act from July 30, 2018 to Sep. 17, 2018 and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

_____ Failure to grant a continuance would be likely to result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

_____ The case is so unusual or so complex, due to *[check applicable reasons]* _____ the number of defendants, _____ the nature of the prosecution, or _____ the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

_____ Failure to grant a continuance would deny the defendant reasonable time to obtain counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

_____ Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

__X__ Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: 7-30-18

_____
SALLIE KIM
United States Magistrate Judge

STIPULATED: _____
Attorney for Defendant
Carlis moscrete

_____
Assistant United States Attorney